# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DONYS FRANCISCO GONZALEZ MERCADO, ERNESTO JOSE HERNANDEZ AMADOR, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiff,<br>vs.<br><br>LOEWEN DECOR, INC.,<br>ANDRES S LOWENTRAUT,<br><br>Defendants. | **16-21112-CIV-LENARD/GOODMAN** |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
LOEWEN DECOR, INC.
Registered Agent: Andres S Lowentraut
2361 SW 139 Place
Miami, FL 33175

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

Date:  **MARCH 29, 2016**

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DONYS FRANCISCO GONZALEZ MERCADO, ERNESTO JOSE HERNANDEZ AMADOR, and all others similarly situated under 29 U.S.C. 216(b),<br><br>    Plaintiff,<br>  vs.<br><br>LOEWEN DECOR, INC.,<br>ANDRES S LOWENTRAUT,<br><br>    Defendants. | **16-21112-CIV-LENARD/GOODMAN** |

### SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
ANDRES S LOWENTRAUT
1315 NW 97 Ct. #12
Miami, FL 33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **MARCH 29, 2016** _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts