UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-21112-CIV-JAL

DONYS FRANCISCO GONZALEZ )
MERCADO, ERNESTO JOSE HERNANDEZ )
AMADOR, and all others similarly situated )
under 29 U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
LOEWEN DECOR, INC., )
ANDRES S LOWENTRAUT, )
)
        Defendants. )

## PLAINTIFFS' STATEMENT OF CLAIM

      Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

MERCADO
**Overtime Claim (3/29/13-3/24/16):**
Amount of half time per hour not compensated: $5.75
Weeks: 155
Overtime hours per week: 10
Total wages unpaid and liquidated damages: $8,912.50 X 2 = $17,825

AMADOR
**Overtime Claim (3/29/13-3/24/16):**
Amount of half time per hour not compensated: $5.75
Weeks: 155
Overtime hours per week: 10
Total wages unpaid and liquidated damages: $8,912.50 X 2 = $17,825

*Plaintiffs seek all fees and costs under the FLSA.
**Plaintiffs reserve the right to seek time and one-half damages for any completely unpaid overtime hours should the facts adduced in discovery justify same.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:__/s/_____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 4/4/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:__/s/____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**