UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-CV-21112-JAL

DONYS FRANCISCO GONZALEZ )
MERCADO, ERNESTO JOSE HERNANDEZ )
AMADOR, ALFONSO ENMANUEL )
VASQUEZ MATA, and all others similarly )
situated under 29 U.S.C. 216(b), )
)
      Plaintiff, )
vs. )
)
LOEWEN DECOR, INC., )
ANDRES S LOWENTRAUT, )
)
      Defendants. )

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R.CIV. P. 41 WITHOUT PREJUDICE

COMES NOW the Plaintiff ALFONSO ENMANUEL VASQUEZ MATA, through the undersigned, and notices the Court that Plaintiff ALFONSO ENMANUEL VASQUEZ MATA voluntarily dismisses his claims brought in this lawsuit WITHOUT PREJUDICE as to all Defendants under Fed. R.Civ. P. 41. Such dismissal is made voluntarily and against the advice of counsel.

_____ (signature)
Plaintiff, ALFONSO ENMANUEL VASQUEZ MATA

## INTERPRETER'S ACKNOWLEDGEMENT:

On this __6th__ day of __May__, 2016, I __Mary Waller__ translated fully and completely from English to Spanish the foregoing to ALFONSO ENMANUEL VASQUEZ MATA and he fully understood and affirmed the contents of the foregoing.

__Mary Waller__
(signature)

Respectfully submitted,

K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FL 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870

BY: _____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 5/6/16 TO:

ALL CM/ECF RECIPIENT

RODOLFO GOMEZ
ALLEN NORTON & BLUE
121 MAJORCA AVENUE
SUITE 300
CORAL GABLES, FL 33134
305-445-7801
FAX: 442-1578
EMAIL: RGOMEZ@ANBLAW.COM

BY: ___/s/___K. David Kelly_____
K. DAVID KELLY, ESQ.